■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SALVATORE DAGNONE, Appellant. [671 NYS2d 992] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 16, 1992 (*People v Dagnone,* 187 AD2d 604), affirming a judgment of the Supreme Court, Kings County, rendered May 29, 1990.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, O'Brien and Santucci, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAYOR DRAYTON, Appellant. [672 NYS2d 756] —Appeal by the defendant from a judgment of the County Court, Nassau County (Palmieri, J.), rendered January 25, 1996, convicting him of burglary in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Rosenblatt, J. P., Ritter, Krausman and Goldstein, JJ., concur.